## 57865. TRIPLETT et al. v. HILLIS et al.

MCMURRAY, Presiding Judge.

This appeal is from a judgment which is not final under the circumstances of this case and is therefore premature. It is from the denial of a motion to intervene

and must be dismissed for the reasons stated in such cases as *American Mut. Liab. Ins. Co. v. Moore,* 120 Ga. App. 624 (171 SE2d 751); and *Henderson v. Atlanta Transit System,* 233 Ga. 82 (210 SE2d 4).

*Appeal dismissed. Banke and Underwood, JJ., concur.*

ARGUED MAY 3, 1979 — DECIDED JUNE 19, 1979.

*Hatcher & Daniel, Ross L. Hatcher, III,* for appellants.

*Thomas D. Kerr, Robert S. Shockey, John T. Minor, III, Kinney, Kemp, Pickell, Avrett & Sponcler, L. Hugh Kemp, Robert T. Harriss, Henry Tharpe,* for appellees.